IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:10CR69-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SHIRLEY INGRAM, JR., | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten letter ("Motion") received by the undersigned's chambers on May 11, 2010 (Document No. 7). In the Motion, Mr. Ingram asks for reconsideration of bond.

The record reflects that Mr. Ingram is represented by appointed counsel, Peter Adolf. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Ingram has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Ingram's request for bond is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Adolf.

**SO ORDERED**.

Signed: May 14, 2010

David C. Keesler
United States Magistrate Judge