UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:10-cr-69-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHIRLEY INGRAM, JR., )<br>   a/k/a "Shirley Ingram" )<br>   a/k/a "Rahim" )<br>)<br>Defendant. )<br>) | **FINAL ORDER AND JUDGMENT**<br>**CONFIRMING FORFEITURE** |

On January 26, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction at trial by the jury on Counts One and Two in the Superseding Bill of Indictment and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

On January 28, 2011 through February 26, 2011, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from January 28. 2011 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Glock .40 caliber semiautomatic pistol, serial number BXM521US; and**

**Eight (8) Winchester .40 caliber live cartridges.**

Signed: April 15, 2011

Frank D. Whitney
United States District Judge