UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-00069-FDW-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHIRLEY INGRAM, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Shirley Ingram's motion to withdraw his *pro se* Rule 37(a) motion for relief from his criminal judgment. For the reasons stated in the motion to withdraw, the Court finds the motion should be granted.

**IT IS, THEREFORE, ORDERED** that the motion to withdraw the Rule 37(a) motion is **GRANTED**. (Doc. No. 98).

The Clerk is directed to terminate the *pro se* motion pending in Doc. Entry 98.

**IT IS SO ORDERED.**

Signed: June 4, 2015

Frank D. Whitney
Chief United States District Judge